IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-10780

D.C. Docket No. 4:12-CR-213-1

United States Court of Appeals
Fifth Circuit
**FILED**
June 10, 2014
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

LARRY LAKE,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before REAVLEY, JONES, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

JAMES E. GRAVES, JR., Circuit Judge, specially concurring.

ISSUED AS MANDATE:

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

By: _____
        **Deputy**

**New Orleans, Louisiana**